EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, Montana 59101
vann_arvanetes@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
    Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HENRY ALBERTS,<br><br>Defendant. | Case No. CR-23-131-BLG-SPW<br><br><br>**MOTION TO CHANGE PLEA** |

COMES NOW Defendant, William Henry Alberts, by and through his Counsel of record, Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, and hereby moves this Court to allow him to enter a plea of guilty to Count I of the Indictment, Count II will be dismissed at sentencing if the Court accepts the plea agreement. Plea Agreement to follow.

This motion certifies that all parties to the case have been informed of the defendant's intent to plead guilty.

RESPECTFULLY SUBMITTED this 8th day of April, 2024.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on April 8, 2024, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. BRYAN T. DAKE
   Assistant United States Attorney
   United States Attorney's Office
   2601 Second Avenue N., Ste. 3200
   Billings, MT 59101
       Counsel for the United States

3. WILLIAM HENRY ALBERTS
       Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant